COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MARIBEL F. GUTIERREZ, NICOLE D. GUTIERREZ, ASHLEY MARIE GUTIERREZ, OMAR HECTOR GUTIERREZ, JR., as Representatives of the Estate of OMAR GUTIERREZ, Deceased, HOMERO DAVID GUTIERREZ, and Intervenors: CAROLINE GUTIERREZ, HOMERO ALBERTO GUTIERREZ, and ROBERTO CARLOS GUTIERREZ, | § § § § § § § § | No. 08-21-00077-CV<br><br>Appeal from the<br><br>381st District Court<br><br>of Starr County, Texas<br><br>(TC# DC-10-566) |
| Appellants, | § | |
| v. | § | |
| ELVA GUTIERREZ, | § | |
| Appellee. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.